*Adolph Ruger* and *Kennedy M. Thompson* for appellant.
*William B. Shelton* and *David Batt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.,

---

HARRIS R. CHILDS et al., Copartners under the Firm Name of CHILDS, PARR & JOSEPH, Respondents, *v.* C. E. RILEY COMPANY, Appellant.

*Contract — sale — action to recover for breach of contract of sale — defense of Statute of Frauds.*

*Childs* v. *Riley Co.*, 203 App. Div. 895, affirmed.

(Argued April 25, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1922, affirming a judgment in favor of plaintiffs entered upon a verdict. The action was to recover for breach of two alleged contracts for the sale of cotton sheetings. The answer was a general denial and set up as a separate defense the Statute of Frauds.

*Frederick N. Van Zandt* and *Richard H. McIntyre* for appellant.

*James Allison Kelly* and *William Henry Corbitt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.

---

EDNA D. JOHNSON, Respondent, *v.* THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*Benefit associations — insurance — when amendment to by-laws adopted subsequent to contract authority for charge of deficiency lien against certificate.*

*Johnson* v. *Supreme Council, Catholic Benevolent Legion*, 204 App. Div. 841, reversed.

(Submitted April 26, 1923; decided May 11, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered November 23, 1922, in favor of plaintiff upon the submission of a controversy under section 546 of the Civil Practice Act. The action was brought by a beneficiary to recover the face amount of a benefit certificate in a fraternal assessment society. The liability of the defendant was conceded, the point in issue being as to the amount of benefit payable upon the certificate in suit. The defendant contended that by reason of amendments to the by-laws, adopted subsequent to the time that the contract was entered into, the amount payable upon the certificate was only $622.47. The difference between $1,000, the face of the certificate, and $622.47, or $377.53, being the amount of a reserve deficiency lien which defendant claimed was chargeable against the certificate.

*Harry J. Frey* and *Edward J. Connolly* for appellant.
*Frank E. Johnson* for respondent.
*Joseph K. Ellenbogen* for Lawrence Everett et al., certificate holders, intervening.
*Hervey J. Drake* for Superintendent of Insurance.

Judgment reversed and judgment granted dismissing plaintiff's claim, without costs, on authority of *Everett* v. *Supreme Council C. B. L.* (236 N. Y. 62).

Concur: HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.

---

EDWARD LA GOY, as Administrator of the Estate of NELSON LA GOY, Deceased, Appellant, *v.* THE DIRECTOR-GENERAL OF RAILROADS, Respondent.

*Negligence — railroads — automobile struck by train at railroad crossing — contributory negligence.*

*La Goy* v. *Director-General of Railroads*, 204 App. Div. 849, affirmed.
(Argued April 26, 1923; decided May 11, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 24, 1922, affirming a judgment in favor of defendant entered upon an order of the court at a Trial